IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES D SMITH,

    Plaintiff,
v.                                                     CASE NO. 4:17-cv-20-MW-GRJ

MICHAEL CORIN, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff was confined at the Leon County Jail when he initiated this case by filing a handwritten Complaint. ECF No. 1. Plaintiff failed to either pay the civil case filing fee or file a motion for leave to proceed as a pauper with supporting documentation. The Court ordered Plaintiff to correct these deficiencies. The Court's order was returned as undeliverable, with a notation that Plaintiff was released from jail. ECF No. 4. The Court sent the order to Plaintiff's new address, as provided by the jail. The order was again returned as undeliverable. ECF No. 5.

In view of his failure to apprise the Court of his current address, it appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case should

be **DISMISSED without prejudice** for failure to comply with an order of the Court and failure to prosecute.

    **IN CHAMBERS** this 3rd day of February 2017.

                      *s/ Gary R. Jones*
                      GARY R. JONES
                      United States Magistrate Judge

## NOTICE TO THE PARTIES

    **Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.** Plaintiff has failed