**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES DOUGLAS SMITH,**

        **Plaintiff,**

**v.**                         **Case No. 4:17cv20-MW/CAS**

**MICHAEL CORIN, et al.,**

        **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 7.   Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to comply with an order of this Court and failure to prosecute."

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF Nos. 4, 5, 6, 8, and 9.

1

The Clerk shall close the file.

**SO ORDERED on March 14, 2017.**

**s/Mark E. Walker                           **
**United States District Judge**